# IN THE SUPREME COURT OF THE STATE OF NEVADA

TAMI ZORNEK,
Appellant,
vs.
SAMUEL ZORNEK,
Respondent.

No. 77985

FILED

FEB 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to appellant's dismissal agreement filed on January 29, 2019, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Sandra L. Pomrenze, District Judge, Family Court Division
      Mario D. Valencia
      Pecos Law Group
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

*19-07404*